Merrimack, }
June, 1896. }

### FELLOWS & a. v. FELLOWS.
### HOWE, Adm'r, & a. v. FELLOWS & a.

CROSS-BILLS IN EQUITY. In the first case the defendant filed an answer and the plaintiffs a special replication. In the second

68   611|
Case 2 |
70   435|
70   635|

68   611|
Case 2 |
71    83|
71   474|

---

* See foot-notes on pages 22 and 376.

case the defendants, who are the plaintiffs in the first, pleaded the pendency of that case in bar, and also filed an answer. The bills, answers, and replication allege numerous facts, nearly all of which are in dispute. Seven questions of law arising upon the pleadings were reserved.

*Sargent, Hollis & Niles* and *William H. Sawyer*, for the plaintiffs in the first, and the defendants in the second case.

*Albin, Martin & Howe*, for the defendant in the first, and the plaintiffs in the second case.

CARPENTER, C. J. All the questions reserved might not arise if the facts were found. Some of them, possibly all of them, might turn out to be immaterial. It often happens that grave and difficult questions of law arise upon pleadings, especially when they are of the character of those in these cases, which disappear upon an investigation of the facts. In these cases, it is clear that the facts should be found before an attempt is made to settle the law controlling the rights of the parties.

*Case discharged.*

CHASE, J., did not sit: the others concurred.